**DISMISSED; and Opinion Filed March 27, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-12-01288-CR**
**No. 05-12-01291-CR**

_____

**CHRISTOPHER WAYNE WHEELER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81739-2011, 199-82836-2011**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Murphy

Christopher Wayne Wheeler was convicted of one count of aggravated sexual assault of a child and three counts of indecency with a child as alleged in one indictment. In the same proceeding, he was convicted of one count of aggravated sexual assault of a child and two counts of indecency with a child, as alleged in a second indictment. The trial court assessed punishment at twelve years' imprisonment for each offense. We adopted findings that appellant is not indigent, did not request preparation of the clerk's and reporter's records, and no longer desires to pursue the appeals.

We dismiss the appeals for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

|  | /Mary Murphy/ |
|---|---|
|  | MARY MURPHY |
| Do Not Publish | JUSTICE |
| TEX. R. APP. P. 47 | |

121288F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHRISTOPHER WAYNE WHEELER,
Appellant

No. 05-12-01288-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-81739-2011.
Opinion delivered by Justice Murphy,
Justices Lang-Miers and Fillmore
participating.

     Based on the Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.

Judgment entered this 27th day of March, 2013.

/Mary Murphy/
MARY MURPHY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER WAYNE WHEELER,
Appellant

No. 05-12-01291-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-82836-2011.
Opinion delivered by Justice Murphy,
Justices Lang-Miers and Fillmore
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.

Judgment entered this 27th day of March, 2013.

/Mary Murphy/
_____
MARY MURPHY
JUSTICE

–4–